Entered on Docket December 2, 2022

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **EDWIN TATING SOFRANES** <br> **MITZE BERNABE SOFRANES** <br> Debtors. | **Cause No. 19-14173-TWD** <br><br> **ORDER DISMISSING** <br> **DEBTOR'S CHAPTER 13** |

IT IS ORDERED that this case is dismissed.

///end of order///

Presented by:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorney for Debtors

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958